UNITED STATES DISTRICT COURT                         MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 8/18/2008              CASE NUMBER: 08-16029M-001 -SD

USA vs. Evelyne Ruiz

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney   None Present                    INTERPRETER
                                                  LANGUAGE   English
Attorney for Defendant  Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): 1-Joel Flores-Chamorro 2-Noel Astorga, Mendosa 3-Juan Antonio Macias-Gallo

MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): None Present

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY
DOA  8/15/08                  ☒ Initial Appearance        ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken       ☒ Defendant Sworn           ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)                ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☐  Defendant ordered temporarily detained in the custody of the United States Marshal
☒  Defendant ordered released  Personal recognizance.
☐  Defendant continued detained pending trial

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐  Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for: 9/2/08 at 1:30 p.m.
Before: Magistrate Judge Lewis - El Centro
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset
Set for:
Before:

Other: Defendant: First appearance and appointment of counsel hearing set for 8/25/08 at 10:30 a.m. before Magistrate Judge Peter C. Lewis in El Centro, California. Material Witnesses: Are initialed and ordered temporarily detained. First Appearance and appointment of counsel hearing is set for 8/27/08 at 10:30 a.m. before Magistrate Judge Peter C. Lewis.

Recorded by Courtsmart (IA: 6 Min)
BY: Jocelyn M. Arviso
Deputy Clerk